**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

| | | |
|---|---|---|
| SURGENEX, LLC, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv11486 |
| | ) | |
| ORGANOGENESIS HOLDINGS INC., | ) | |
| | ) | |
| Respondent. | ) | |

**SURGENEX, LLC'S MOTION TO COMPEL COMPLIANCE WITH DOCUMENT AND**
**DEPOSITION SUBPOENAS**

Pursuant to Federal Rule of Civil Procedure 45 and Local Rules 7.1 and 37.1 of the U.S. District Court for the District of Massachusetts, Surgenex, LLC ("Surgenex") respectfully moves the Court for an order compelling Organogenesis Holdings Inc. to comply with the now-narrowed document and deposition subpoenas that Surgenex served on February 4, 2026.  Pursuant to Local Rule 7.1, a memorandum of law in support of the motion is contemporaneously filed herewith.

Dated: March 27, 2026

Respectfully submitted,

 /s/ Daniel L. Shores

Daniel L. Shores (MA Bar No. 681290)
Rothwell, Figg, Ernst & Manbeck, P.C.
10 Derne Street, Suite 302
Boston, MA 02114
Telephone: (617) 312-3101
Facsimile: (202) 783-6031
Email: dshores@rothwellfigg.com

Hugham Chan (*pro hac vice* forthcoming)
Rothwell, Figg, Ernst & Manbeck, P.C.
901 New York Ave., Suite 900 East
Washington, DC 20001
Telephone: (771) 717-9806

2

Facsimile: (202) 783-6031
Email: hchan@rothwellfigg.com

*Attorneys for Surgenex, LLC*

## LOCAL RULES 7.1(a)(2) AND 37.1(a) CERTIFICATION

I certify that, on information and belief, and as set forth in the Memorandum in Support of this Motion to Compel and accompanying exhibits, Surgenex has met and conferred with Organogenesis and has attempted in good faith to narrow and/or resolve the issues raised in this Motion to Compel pursuant to Local Rules 7.1(a)(2) and 37.1(a), and Fed. R. Civ. P. 37(a)(1). Notwithstanding the foregoing efforts, the disputed issues are not resolved giving proper cause to submit this Motion to Compel.

/s/ Daniel L. Shores
Daniel L. Shores (MA Bar No. 681290)

3

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2026, I caused a copy of the foregoing to be: (1) filed electronically with the Clerk of the Court for the U.S. District Court for the District of Massachusetts; and (2) emailed to counsel for Organogenesis:

Matthew Baltay
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1262 (Voice)
(617) 832-7000 (Fax)
mbaltay@foleyhoag.com (Email)

*/s/ Daniel L. Shores*
Daniel L. Shores (MA Bar No. 681290)

4