**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

| | | |
|---|---|---|
| SURGENEX, LLC, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | Case No. _____ |
| | ) | |
| ORGANOGENESIS HOLDINGS INC., | ) | |
| | ) | |
| Respondent. | ) | |

**DECLARATION OF HUGHAM CHAN**

I, Hugham Chan, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am an attorney at Rothwell, Figg, Ernst & Manbeck, P.C., which represents Surgenex, LLC ("Surgenex") in *MiMedx Group, Inc. v. Surgenex, LLC*, No. 24-cv-3558 (D. Ariz.). On Surgenex's behalf, I caused a document subpoena and a deposition subpoena to be served on Organogenesis Holdings Inc. ("Organogenesis").  True and correct copies of these subpoenas, as well as a proof of service, are attached as Exhibit 3 to the memorandum in support of the Motion to Compel.

2.    On February 18, 2026, Organogenesis served a copy of its Objections to both subpoenas by email.

3.    On February 19, 2026, Surgenex responded to the objections and offered to meet and confer about them.

4.    The parties met and conferred on February 23, 2026 about the subpoenas.  Surgenex offered to narrow the subpoenas.

5. On February 25, 2026, Surgenex followed up the telephonic conference with an email to Organogenesis, reiterating the narrowed scope of the subpoenas and requesting a response from Organogenesis by February 27, 2026.

6. Having not heard from Organogenesis on February 27, 2026, Surgenex followed up again on March 3, 2026. On March 6, 2026, Organogenesis said it would respond. Having received no response, Surgenex followed up on March 13, 2026, inquiring about Organogenesis's positions regarding the subpoenas. Organogenesis has not responded to that inquiry to date.

7. A true and correct copy of the correspondence between Surgenex and Organogenesis, from February 18, 2026 to March 13, 2026—but for portions of a February 19, 2026 email from Surgenex to Organogenesis, which have been omitted to protect confidential information—is attached as Exhibit 4 to the memorandum in support of the Motion to Compel.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.


Executed on March 27, 2026

/s/ Hugham Chan
Hugham Chan