**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

SURGENEX, LLC,                                     )
                                                   )
     Movant,                                     )
                                                   )     Case No. 1:26-mc-11486-ADB
     v.                                          )
                                                   )
ORGANOGENESIS HOLDINGS INC.,                       )
                                                   )
     Respondent.                                 )

**ORGANOGENESIS HOLDINGS INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Respondent Organogenesis Holdings Inc. by and through its undersigned counsel, hereby states the following:

Organogenesis Holdings Inc. is a public corporation, has no parent company, and no publicly held corporation owns 10 percent or more of its stock.

Respectfully submitted,

ORGANOGENESIS HOLDINGS INC.
By its attorneys,

/s/      Matthew C. Baltay
Matthew C. Baltay (BBO No. 638722)
Jeremy A. Younkin (BBO No. 654047)
Foley Hoag LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000 (telephone)
(617) 832-7000 (facsimile)
mbaltay@foleyhoag.com
jyounkin@foleyhoag.com

Dated:  April 10, 2026

1

2

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent

electronically to the registered participants on the Notice of Electronic Filing (NEF) and that

paper copies will be sent to those non-registered participants (if any) on April 10, 2026.

/s/ Matthew C. Baltay
Matthew C. Baltay