**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SURGENEX, LLC, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) Case No. 1:26-mc-11486-ADB |
| | ) |
| ORGANOGENESIS HOLDINGS INC., | ) |
| | ) |
| Respondent. | ) |

**RESPONDENT ORGANOGENESIS HOLDING INC.'S ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND TO MOVANT SURGENEX, LLC'S MOTION TO COMPEL COMPLIANCE WITH DOCUMENT AND DEPOSITION SUBPOENAS**

Respondent Organogenesis Holdings Inc. ("Organogenesis") hereby moves to extend the deadline for Organogenesis's opposition to Movant Surgenex, LLC's ("Surgenex") Motion to Compel Compliance with Document and Deposition Subpoenas (Dkt. 1) by one-week, from April 10, 2026 to April 17, 2026.

Good cause exists to extend this deadline.  In its opposition to Surgenex's motion, Organogenesis intends to rely on an agreement that is subject to confidentiality obligations. Organogenesis requests additional time to confer with its contractual counterparty and seek leave of this Court to file documents under seal.  Surgenex has assented to this motion.

## LOCAL RULE 7.1 CERTIFICATION

The undersigned hereby certifies that counsel for Organogenesis conferred with counsel for Surgenex in good faith regarding the relief requested in this motion and counsel for Surgenex assented to the requested extension.

Respectfully submitted,

ORGANOGENESIS HOLDINGS INC.
By its attorneys,

*/s/ Matthew C. Baltay*
Matthew C. Baltay (BBO No. 638722)
Jeremy A. Younkin (BBO No. 654047)
Foley Hoag LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000 (telephone)
(617) 832-7000 (facsimile)
mbaltay@foleyhoag.com
jyounkin@foleyhoag.com

Dated: April 10, 2026

2

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those non-registered participants (if any) on April 10, 2026.

*/s/ Matthew C. Baltay*
Matthew C. Baltay