**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

SURGENEX, LLC,                                    )
                                                 )
    Movant,                                      )
                                                 )          Case No. 1:26-mc-11486-ADB
    v.                                           )
                                                 )
ORGANOGENESIS HOLDINGS INC.,                     )
                                                 )
    Respondent.                                  )

**RESPONDENT ORGANOGENESIS HOLDING INC.'S ASSENTED-TO**
**MOTION TO SEAL**

Pursuant to Local Rule 7.2 of the U.S. District Court for the District of Massachusetts,

Respondent Organogenesis Holdings Inc. ("Organogenesis") hereby moves to seal its

forthcoming (due April 17, 2026) opposition to Movant Surgenex, LLC's ("Surgenex") Motion

to Compel Compliance with Document and Deposition Subpoenas and accompanying Exhibit B,

and to impound these materials until further order of the Court.  As grounds for this motion,

Organogenesis states as follows:

1.      Organogenesis's forthcoming opposition to Surgenex's Motion to Compel will

discuss the terms of a confidential settlement agreement at the center of Surgenex's Motion to

Compel.

2.      Organogenesis's forthcoming opposition to Surgenex's Motion to Compel will

attach as Exhibit B the confidential settlement agreement as an exhibit.

3.      The settlement agreement expressly provides that its terms are confidential and

that if the terms of the confidential settlement agreement are disclosed in a court filing or filed in

a court, such shall be filed under seal in accordance with applicable court rules.

1

WHEREFORE, Organogenesis respectfully requests that the Court grant its assented-to motion to seal its opposition to Surgenex's Motion to Compel and accompanying Exhibit B and to impound these materials until further order of the Court.

## LOCAL RULE 7.1 CERTIFICATION

The undersigned hereby certifies that counsel for Organogenesis conferred with counsel for Surgenex and counsel for Surgenex indicated that Surgenex assents to this motion.

Respectfully submitted,

ORGANOGENESIS HOLDINGS INC.
By its attorneys,

*/s/Matthew C. Baltay*
Matthew C. Baltay (BBO No. 638722)
Jeremy A. Younkin (BBO No. 654047)
Foley Hoag LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000 (telephone)
(617) 832-7000 (facsimile)
mbaltay@foleyhoag.com
jyounkin@foleyhoag.com

Dated: April 14, 2026

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those non-registered participants (if any) on April 14, 2026.

*/s/Matthew C. Baltay*
Matthew C. Baltay
