**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

SURGENEX, LLC,                              )
                                           )
      Movant,                          )
                                           )    Case No. 1:26-mc-11486-ADB
      v.                               )
                                           )
ORGANOGENESIS HOLDINGS INC.,               )
                                           )
      Respondent.                      )


**DECLARATION OF MATTHEW C. BALTAY IN SUPPORT OF
RESPONDENT ORGANOGENESIS HOLDINGS INC.'S OPPOSITION
TO MOTION TO COMPEL**

I, Matthew C. Baltay declare as follows:

1.      I am counsel for Respondent Organogenesis Holdings Inc. ("Organogenesis"),

and I submit this declaration in Support of Organogenesis's Opposition to Surgenex, LLC's

Motion to Compel Compliance with Document and Deposition Subpoenas.

2.      Attached as Exhibit A is a true and correct copy of *MiMedx Grp., Inc. v.

Surgenex, LLC*, No. SA-26-MC-01211-XR, (W.D. Tex. Mar. 19, 2026), Dkt. No. 7.

3.      Attached as Exhibit B is a true and correct copy of the Confidential Settlement

Agreement that settled the litigation captioned *MiMedx Grp. Inc v. NuTech Med., Inc. et al.*, No.

2:15-cv-00369-LCB (N.D. Ala.).

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information, and belief.

Executed April 17, 2026

*/s/ Matthew C. Baltay*
Matthew C. Baltay