**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SURGENEX, LLC, | ) Case No. 1:26-mc-11486-ADB |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| ORGANOGENESIS HOLDINGS INC., | ) |
| | ) |
| Respondent. | ) |

**DECLARATION OF JANET SMART**

I, Janet Smart, declare as follows:

1.     I am Vice President and Deputy General Counsel of Organogenesis Inc., a wholly owned subsidiary of Organogenesis Holdings Inc.  I make this declaration based on personal knowledge unless specifically indicated otherwise.

2.     In my role, I am familiar with the types of information the company considers sensitive and highly confidential, and the identity of its competitors

3.     MiMedx and Surgenex are direct competitors in the skin substitutes market, especially in the category of placental derived tissue products, which is the area in which Surgenex seeks sensitive and highly confidential sales data.

4.     Organogenesis does not disclose its sales or revenue by product publicly and treats this information as sensitive and highly confidential. Only those company employees who have a need to know have access to sales data and revenue by product. Sharing sensitive and highly confidential sales by product data with a direct competitor such as MiMedx and Surgenex would undermine Organogenesis efforts to maintain a competitive edge and potentially allow these competitors to undercut pricing. It could also give rise to anti-trust issues.

Docusign Envelope ID: C4C95E15-36C8-41DA-A928-D05910221F64

5.      The composition of Organogenesis' products is available on its website. For example, see https://www.organogenesis.com/advanced-wound-care/nushield/. Such disclosures address the composition, including the existence of a spongy/intermediate in the multi-layered placental products. For example, see below for NuShield®.



https://www.organogenesis.com/advanced-wound-care/nushield/.

Instructions for Use package inserts for each product are available on the Organogenesis website.  See, example, https://www.organogenesis.com/pdf/nushield-instruction-for-use.pdf, which explains that this product is intended for use as a protective barrier in the management of acute and chronic wounds as well as surgical procedures.

6.      After making good faith inquiries, Organogenesis is unable to locate the expert reports, related sealed filings, or underlying materials from the MiMedx v. NuTech litigation in its files; nor was its legacy counsel, Maynard Cooper, which handled the NuTech litigation able to locate the expert reports. The former NuTech attorney managing the litigation at

Organogenesis left Organogenesis several years ago and the contents of his email box from both NuTech and Organogenesis are not saved in readily accessible form. Similarly, all of the litigators at Maynard Cooper on the Mimedx v. NuTech litigation have left Maynard Cooper and Maynard Cooper is unable to locate the case files.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2026.

DocuSigned by:

*Janet Smart*

29FDD837DA4A468...

_____
Janet Smart