**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

| | | |
|---|---|---|
| SURGENEX, LLC, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | Case No. 1:26-mc-11486-ADB |
| | ) | |
| ORGANOGENESIS HOLDINGS INC., | ) | |
| | ) | |
| Respondent. | ) | |

**SURGENEX, LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE**
**A REPLY IN SUPPORT OF ITS MOTION TO COMPEL**

Pursuant to Local Rule 7.1(b)(3), Surgenex, LLC ("Surgenex") respectfully moves for leave to file a reply brief not exceeding ten (10) pages in further support of its Motion to Compel Compliance with Document and Deposition Subpoenas ("Motion to Compel") (Dkt. No. 1) within seven (7) days of any order by this Court granting such leave.

The grounds for this request include that Surgenex seeks to address factual and legal issues raised in Organogenesis Holdings Inc.'s ("Organogenesis") Opposition to Surgenex, LLC Motion to Compel Compliance with Document and Deposition Subpoenas, filed under seal on April 17, 2026.  Surgenex respectfully submits that granting this leave will assist the Court in ruling on the Motion to Compel.

Organogenesis has assented to, and does not oppose, the leave that Surgenex seeks herein.

WHEREFORE, Surgenex respectfully requests that the Court enter an order granting Surgenex leave to file a reply brief not exceeding ten (10) pages in further support of its Motion to Compel within seven (7) days of any order by this Court granting such leave.

Dated: April 21, 2026

Respectfully submitted,

*/s/ Daniel L. Shores*
Daniel L. Shores (MA Bar No. 681290)
Rothwell, Figg, Ernst & Manbeck, P.C.
10 Derne Street, Suite 302
Boston, MA 02114
Telephone: (617) 312-3101
Facsimile: (202) 783-6031
Email: dshores@rothwellfigg.com

Hugham Chan (*pro hac vice*)
Rothwell, Figg, Ernst & Manbeck, P.C.
901 New York Ave., Suite 900 East
Washington, DC 20001
Telephone: (771) 717-9806
Facsimile: (202) 783-6031
Email: hchan@rothwellfigg.com

*Attorneys for Surgenex, LLC*

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that, pursuant to Local Rule 7.1 of this Court, counsel for Surgenex and Organogenesis conferred in good faith via email on April 20, 2026, regarding the relief requested in this Motion for Leave and counsel for Organogenesis indicated that it assents to the relief sought in this Motion for Leave.

/s/ Daniel L. Shores
Daniel L. Shores (MA Bar No. 681290)

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2026, I caused a copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

/s/ Daniel L. Shores
Daniel L. Shores (MA Bar No. 681290)